**Exhibit C**

[Budget]

**Souper Salad, Inc. et al**
Cash Flow Forecast as of September 14, 2011
($ in thousands)

|  | Post-Petition 4-Week Forecast | | | |
|---|---|---|---|---|
| Post-Petition Week #: | 1 | 2 | 3 | 4 |
|  | Forecast | Forecast | Forecast | Forecast |
| (period beginning) | 12-Sep | 19-Sep | 26-Sep | 3-Oct |
| Total Cash Receipts | 772 | 649 | 780 | 917 |
| Total Operating Disbursements | (1,178) | (820) | (885) | (710) |
| **Operating Cash Flow** | **(406)** | **(171)** | **(105)** | **207** |
| Capital Expenditures | (1) | (44) | (44) | (44) |
| Total Professionals and Other | 148 | 182 | 216 | 122 |
| Interest on DIP Revolver |  |  |  | (1) |
| Interest on DIP Term Loan |  |  |  | 0 |
| DIP Upfront Fee and Servicing Fee | (75) |  |  | (1) |
| Total Financing Related | (75) | 0 | 0 | (2) |
| Total Cap Ex, Other & Financing | 72 | 139 | 172 | 76 |
| **Net Cash Flow** | **(334)** | **(32)** | **67** | **283** |
| Beginning Net Debt Balance (Pre-petition) | 3,694 | 3,699 | 3,708 | 3,717 |
| Amortization | 0 | 0 | 0 | 0 |
| Ending Debt Balance | 3,699 | 3,708 | 3,717 | 3,726 |
| DIP Term Loan Balance | 0 | 0 | 0 | 0 |
| DIP Revolver - Beginning Balance | 0 | 79 | 111 | 44 |
| Draws/(Repayments) | 79 | 32 | (67) | (44) |
| DIP Revolver - Ending Balance | 79 | 111 | 44 | 0 |
| Cash Flow after Revolver Activity | (255) | 0 | 0 | 239 |
| Beginning Cash Balance | 555 | 300 | 300 | 300 |
| **Ending Cash Balance** | **300** | **300** | **300** | **539** |