# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**SSI Group Holding Corp.,**<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 11-12917 (MFW) |
| In re:<br><br>**Souper Salad, Inc.,**<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 11-12918 (MFW) |
| In re:<br><br>**SSI-Grandy's LLC,**<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 11-12919 (MFW) |
| In re:<br><br>**Souper Brands, Inc.,**<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 11-12920 (MFW)<br><br>**RE: D.I. 4** |

## ORDER DIRECTING JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION OF CASES

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), seeking an order directing joint administration and procedural consolidation of their pending Chapter 11 cases; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that joint administration and procedural consolidation of these cases will be in the best interests of the Debtors' creditors

---
[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

and estates, and will further the economic and efficient administration of these cases; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases; and it appearing that no other or further notice of the Motion need be provided; and upon the Motion and the proceedings before the Court; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, for the reasons set forth in the Motion, that the above-captioned cases shall be procedurally consolidated and jointly administered by this Court; and it is further

**ORDERED**, that the caption of the jointly administered Chapter 11 cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SSI GROUP HOLDING CORP., *et al.*,[1] | ) | Case No. 11-12917 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

and it is further

**ORDERED**, that a docket entry shall be made in each of the following affiliate cases: Souper Salad, Inc., SSI-Grandy's LLC and Souper Brands, Inc. as follows:

> An order has been entered in this case directing procedural consolidation and joint administration of this case with the Chapter 11 bankruptcy case of SSI Group Holding Corp., Case No. 11-12917 (MFW). The docket for SSI Group Holding Corp. should be consulted for all matters affecting this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: SSI Group Holding Corp. (0158), Souper Salad, Inc. (0941), SSI-Grandy's LLC (4554) and Souper Brands, Inc. (5468). The Debtors' corporate headquarters and the mailing address for each of the Debtors is 4004 Belt Line Rd., Suite 160, Addison, TX 75001.

and it is further

**ORDERED**, that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 cases; and it is further

**ORDERED**, that this Court shall retain exclusive jurisdiction to enforce and interpret the terms of this Order.

Dated: September 15, 2011

_____
Hon. Mary F. Walrath
United States Bankruptcy Judge

3