UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| SSI Group Holding Corp., et al. | : | Case No. 11-12917 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Coca-Cola Company, Litigation and Employment Group**, Attn: Joseph Johnson, Esq., PO Box 1734, NAT 2008 Mailstop, Atlanta, GA 30313, Phone: 404-676-4150, Fax: 404-598-4150

2. **Accel Networks, LLC**, Attn: Erin Kappiris, 4905 34th Street South, Ste 227, St. Petersburg, FL 33711, Phone:877-406-8585, Fax:877-406-8585

3. **Pyro Brand Development, LLC**, Attn: Scooter Heath, 7750 N. Central Expressway, Dallas, TX 75231, Phone: 214-891-5700, Fax: 214-346-6988

4. **DDR Corp.**, Attn: Eric Cotton, Esq., 3300 Enterprise Parkway, Beachwood, OH 44122, Phone: 216-755-5660, Fax: 216-755-1600

5. **Glazier Foods Company, Inc.**, Attn: Arthur Innis, 11303 Antoine Drive, Houston, TX 77066, Phone: 832-375-6006, Fax: 832-375-6005

6. **Valassis, Inc.**, Attn: Hal Manoian, One Targeting Centre, Windsor, CT 06095, Phone: 860-285-6336, Fax: 860-285-6481

7. **Performance Food Group, Inc. d/b/a Vistar Corporation**, Attn: Bradley Boe, 12650 E. Arapahoe Road, Centennial, CO 80112, Phone: 303-662-7121, Fax: 303-662-7540


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Mark Kenney,  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 26, 2011

Attorney assigned to this Case: Mark Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Felger Esquire, Phone: (302) 295-2087, Fax: (302) 295-2013