## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SSI Group Holding Corp., *et al.*, [1] | ) | Case No. 11-12917 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket Numbers 18 and 133 |

**NOTICE OF (I) FILING OF STALKING HORSE AGREEMENT FOR THE PURCHASE AND SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS' SOUPER SALAD BUSINESS, AND (II) EXTENSION OF DEADLINE FOR SUBMISSION OF COMPETING BIDS FOR THE SOUPER SALAD AND/OR GRANDY'S BUSINESSES**

**PLEASE TAKE NOTICE**, that on September 14, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their Motion[2] for entry of an order (the "Bidding Procedures Order"), among other things, approving bid procedures (the "Bidding Procedures"), as well as certain bid protections, for the sale of all or substantially all of the Debtors' assets, scheduling one or more auctions and a sale hearing to consider (i) approval of the proposed sale or sales of the Debtors' assets free and clear of liens, claims, encumbrances and interests; (ii) assumption and assignment of certain executory contracts and unexpired leases; and (iii) certain related relief.

**PLEASE TAKE FURTHER NOTICE**, that on October 6, 2011, the United States Bankruptcy Court for the District of Delaware entered the Bidding Procedures Order [Docket No. 133]. Pursuant to the Bidding Procedures Order, the Debtors are authorized to, among other things, designate a single Qualified Bidder as a stalking horse bidder for the Souper Salad Assets.

**PLEASE TAKE FURTHER NOTICE**, that on November 8, 2011, subject to the rights of the official committee of unsecured creditors (the "Committee") and the United States Trustee set forth in paragraph 22 of the Bidding Procedures Order, the Debtors entered into a Stalking Horse Asset Purchase Agreement (the "Souper Salad Stalking Horse Agreement") with JLMF LLC, a Texas limited liability company, for the purchase and sale of the Souper Salad Assets, subject to higher and betters offers pursuant to the procedures approved by the Bankruptcy Court in the Bidding Procedures Order. A copy of the Souper Salad Stalking Horse Agreement, without exhibits, is annexed hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SSI Group Holding Corp. (0158), Souper Salad, Inc. (0941), SSI-Grandy's LLC (4554) and Souper Brands, Inc. (5468). The Debtors' corporate headquarters and the mailing address for each of the Debtors is 4004 Belt Line Rd., Suite 160, Addison, TX 75001.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE**, the deadline for the submission of Bids with respect to the Souper Salad and/or the Grandy's businesses has been extended by the Debtors, in consultation with the Committee, to **November 14, 2011, at 12:00 p.m. (Eastern Time) (the "Extended Bid Deadline")**. Any party that wishes to submit a competing Bid in connection with the sale of the Souper Salad Assets and/or the Grandy's Assets must submit a competing bid prior to the Extended Bid Deadline, which Bid must otherwise comply with the terms and conditions of the Bidding Procedures and the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE**, that any party that wishes to make a competing Bid *solely* for the Souper Salad Assets must do so by submitting a Bid based on the Souper Salad Stalking Horse Agreement and include executed transaction documents, signed by an authorized representative of such Bidder, pursuant to which the Bidder proposes to effectuate an Alternative Transaction (the "Modified Souper Salad Stalking Horse Agreement"). A Bid for the Souper Salad Assets shall also include a copy of the Souper Salad Stalking Horse Agreement marked against the Modified Souper Salad Stalking Horse Agreement to show all changes requested by the Bidder (including those related to purchase price). All Bidders must also comply with all other requirements set forth in the Bidding Procedures and the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE**, that copies of the Souper Salad Stalking Horse Agreement, the Bidding Procedures, and/or the Bidding Procedures Order may be obtained by written request to (i) counsel to the Debtors, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036, Attn: Adam T. Berkowitz and/or (ii) the Debtors' investment bankers, Morgan Joseph TriArtisan LLC, 3475 Piedmont Road, Suite 260, Atlanta, Georgia 30305, Attn: Alex Fisch, Telephone 212-218-3807, Email: afisch@mjta.com. In addition, copies of the aforementioned pleadings may be found on the Pacer website, http://ecf.deb.uscourts.gov or on the Debtors' claims agent's website, http://dm.epiq11.com/SSG/project/Default.aspx.

Dated: November 8, 2011      **COZEN O'CONNOR**

_____
Mark E. Felger (No. 3919)
1201 N. Market St., Ste. 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

- and -

**PROSKAUER ROSE LLP**
Scott K. Rutsky, Esq.
Adam T. Berkowitz, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900
*Counsel for Debtors and Debtors-in-Possession*